# Sills Cummis & Gross
A Professional Corporation

101 Park Avenue, 28th Floor
New York, New York 10178
Tel: (212) 643-7000
Fax (212) 643-6500

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2021

Jeffrey J. Greenbaum
Member
Direct Dial: 973-643-5430
Email:
jgreenbaum@sillscummis.com

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

January 26, 2021

**VIA ECF**

Honorable Alison J. Nathan, U.S.D.J.
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: **Consumer Centers Group, LLC, et al. v. L&E Research, Inc.
Civil Action No. 20-09285 (AJN)**

Dear Judge Nathan:

We represent Petitioners in this action seeking to confirm an arbitration award. The motion seeking confirmation is fully briefed and is awaiting decision. We write jointly on behalf of all parties to request that the initial scheduling conference now scheduled for February 5, 2021 be adjourned until after the decision on the motion. The decision will inform the parties what if anything is left of the case so that it may be addressed at the conference.

SO ORDERED.

,
baum
m

*[Signature: Alison J. Nathan]*

SO ORDERED.   1/27/2021
ALISON J. NATHAN, U.S.D.J.

JJG:fy